# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SAMUEL L. BIERS,<br><br>Plaintiff,<br><br>vs.<br><br>WASHINGTON STATE LIQUOR AND CANNABIS BOARD; JANE RUSHFORD, RUTHANN KUROSE and RUSS HAUGE in their official capacities as members of the Washington State Liquor and Cannabis Board, and in their individual capacities; ROBERT WATSON FERGUSON in his official capacity as Attorney General of the Defendant STATE OF WASHINGTON; DANIEL KIRBY; KIRBY PROPERTIES LLC; CANOPY PARK LLC; CELESTEVA LLC; DANIEL TIGHE; MOSAIC INSURANCE ALLIANCE LLC; NICOLE MICHELLE PAVON-ERWIN-SMITH; BRENT GARRETT ERWIN; and JAMES HARRISON VANHOUTE,<br><br>Defendants. | NO. 2:15-cv-01518-JLR<br><br>**STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY** |

IT IS HEREBY STIPULATED between the parties, through their attorneys undersigned, that the plaintiffs' complaint and causes of action therein stated may be

---

STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY NO. 2:15-cv-01518-JLR
Page 1 of 4

tdo s:\l2xxxx\l23xxx\l230xx\l23021t\l adv. biers\pldgs\stipulated dismissal - exhibit a.docx

DAVIES PEARSON, P.C.
ATTORNEYS AT LAW
920 FAWCETT – P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

forthwith dismissed with prejudice and without cost to any party, and the trial date of May 1, 2017 may be stricken.

DATED this __ day of July, 2016.

**PLAINTIFF**

_____
SAMUEL L. BIERS, *Pro Se*

**DAVIES PEARSON, P.C.**

_____
TREVOR D. OSBORNE, WSB #42249
THOMAS L. DASHIELL, WSB #49567
*Attorneys for Daniel Kirby, Kirby Properties LLC, Canopy Park LLC, Celesteva LLC, Daniel Tighe and Nicole Michelle Pavon-Erwin-Smith*

**OFFICE OF THE ATTORNEY GENERAL**

_____
JEFFREY T. EVEN, WSB #20367
BRUCE L. TURCOTT, WSB #15435
R. JULY SIMPSON, WSB #45869
*Attorneys for Washington State Liquor and Cannabis Board*

**ROCKEY STRATTON, P.S.**

See Attached
_____
STEVEN A. ROCKEY, WSB #14508
*Attorneys for Mosaic Insurance Alliance, LLC*

STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY NO. 2:15-cv-01518-JLR
Page 2 of 4

DAVIES PEARSON, P.C.
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

## ORDER OF DISMISSAL

Based upon the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that the plaintiffs' complaint, and the causes of action stated therein be, and hereby is, dismissed with prejudice and without cost to any party, and the trial date of May 1, 2017 is stricken.

ENTERED this _____ day of _____, 2016.

_____
James L. Robart
United States District Judge

Presented by:

**DAVIES PEARSON, P.C.**

_[signature]_

TREVOR D. OSBORNE, WSB #42249
THOMAS L. DASHIELL, WSB #49567
*Attorneys for Daniel Kirby, Kirby Properties LLC, Canopy Park LLC, Celesteva LLC, Daniel Tighe and Nicole Michelle Pavon-Erwin-Smith*

Approved by:

**PLAINTIFF**

_[signature]_

SAMUEL L. BIERS, *Pro Se*

STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY NO. 2:15-cv-01518-JLR
Page 3 of 4
{do s:\2xxxx\23xxx\230xx\23021\1 adv. biers\pldgs\stipulated dismissal - exhibit a.docx

DAVIES PEARSON, P.C.
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

| | |
|---|---|
| 1 | OFFICE OF THE ATTORNEY GENERAL |
| 2 | *[signature: Jeff J. Even]* |
| 3 | JEFFREY T. EVEN, WSB #20367 |
| | BRUCE L. TURCOTT, WSB #15435 |
| 4 | R. JULY SIMPSON, WSB #45869 |
| 5 | *Attorneys for Washington State Liquor and Cannabis Board* |
| 6 | **ROCKEY STRATTON, P.S.** |
| 7 | See Attached |
| 8 | STEVEN A. ROCKEY, WSB #14508 |
| 9 | *Attorneys for Mosaic Insurance Alliance, LLC* |

STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY NO. 2:15-cv-01518-JLR
Page 4 of 4
tdo s:\2xxxx\23xxx\230xx\23021\1 adv. biers\pldgs\stipulated dismissal - exhibit a.docx

DAVIES PEARSON, P.C.
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

1 | forthwith dismissed with prejudice and without cost to any party, and the trial date of May 1,
2 | 2017 may be stricken.
3 |     DATED this _____ day of July, 2016.
4 |
5 | **PLAINTIFF**
6 |
7 | _____
   SAMUEL L. BIERS, *Pro Se*
8 | **DAVIES PEARSON, P.C.**
9 |
10 | _____
11 | TREVOR D. OSBORNE, WSB #42249
   THOMAS L. DASHIELL, WSB #49567
   *Attorneys for Daniel Kirby, Kirby Properties LLC, Canopy Park LLC, Celesteva LLC, Daniel*
12 | *Tighe and Nicole Michelle Pavon-Erwin-Smith*
13 | **OFFICE OF THE ATTORNEY GENERAL**
14 |
15 | _____
   JEFFREY T. EVEN, WSB #20367
16 | BRUCE L. TURCOTT, WSB #15435
   R. JULY SIMPSON, WSB #45869
17 | *Attorneys for Washington State Liquor and Cannabis Board*
18 | **ROCKEY STRATTON, P.S.**
19 |
20 | _____/s/ Steven A. Rockey_____
21 | STEVEN A. ROCKEY, WSB #14508
   *Attorneys for Mosaic Insurance Alliance, LLC*
22 |
23 |
24 | STIPULATION FOR AND ORDER OF DISMISSAL
25 | WITH PREJUDICE AND WITHOUT COSTS TO ANY
   PARTY NO. 2:15-cv-01518-JLR
26 | Page 2 of 4

DAVIES PEARSON, P.C.
ATTORNEYS AT LAW
920 FAWCETT – P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

1  OFFICE OF THE ATTORNEY GENERAL

2

3  JEFFREY T. EVEN, WSB #20367
   BRUCE L. TURCOTT, WSB #15435
4  R. JULY SIMPSON, WSB #45869
   *Attorneys for Washington State Liquor and Cannabis Board*
5

6  **ROCKEY STRATTON, P.S.**

7  *[signature]*

8  STEVEN A. ROCKEY, WSB #14508
   *Attorneys for Mosaic Insurance Alliance, LLC*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  STIPULATION FOR AND ORDER OF DISMISSAL
    WITH PREJUDICE AND WITHOUT COSTS TO ANY
25  PARTY NO. 2:15-cv-01518-JLR
26  Page 4 of 4
    tdo s:\2xxxx\23xxx\230xx\23021\J adv. biers\pldgs\stipulated dismissal - exhibit a.docx

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052