UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAMUEL L. BIERS,

         Plaintiff,

    vs.

WASHINGTON STATE LIQUOR AND
CANNABIS BOARD; JANE RUSHFORD,
RUTHANN KUROSE and RUSS HAUGE
in their official capacities as members of the
Washington State Liquor and Cannabis
Board, and in their individual capacities;
ROBERT WATSON FERGUSON in his
official capacity as Attorney General of the
Defendant STATE OF WASHINGTON;
DANIEL KIRBY; KIRBY PROPERTIES
LLC; CANOPY PARK LLC; CELESTEVA
LLC; DANIEL TIGHE; MOSAIC
INSURANCE ALLIANCE LLC; NICOLE
MICHELLE PAVON-ERWIN-SMITH;
BRENT GARRETT ERWIN; and JAMES
HARRISON VANHOUTE,

         Defendants.

NO. 2:15-cv-01518-JLR

**STIPULATION FOR AND
ORDER OF DISMISSAL WITH
PREJUDICE AND WITHOUT
COSTS TO ANY PARTY**

---

   IT IS HEREBY STIPULATED between the parties, through their attorneys

undersigned, that the plaintiffs' complaint and causes of action therein stated may be

STIPULATION FOR AND ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS TO ANY
PARTY NO. 2:15-cv-01518-JLR
Page 1 of 4
tdo s:\2xxxx\23xxx\230\xt23021\1 mtv. biers\pldgs\stipulated dismissal - exhibit a.docx

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

1  forthwith dismissed with prejudice and without cost to any party, and the trial date of May 1,

2  2017 may be stricken.

3  DATED this ___ day of July, 2016.

4

5  **PLAINTIFF**

6

7  SAMUEL L. BIERS, *Pro Se*

8  **DAVIES PEARSON, P.C.**

9

10  TREVOR D. OSBORNE, WSB #42249

11  THOMAS L. DASHIELL, WSB #49567
   *Attorneys for Daniel Kirby, Kirby Properties LLC, Canopy Park LLC, Celesteva LLC, Daniel*

12  *Tighe and Nicole Michelle Pavon-Erwin-Smith*

13  **OFFICE OF THE ATTORNEY GENERAL**

14

15  JEFFREY T. EVEN, WSB #20367

16  BRUCE L. TURCOTT, WSB #15435
   R. JULY SIMPSON, WSB #45869

17  *Attorneys for Washington State Liquor and Cannabis Board*

18  **ROCKEY STRATTON, P.S.**

19

20  See Attached

   STEVEN A. ROCKEY, WSB #14508
21  *Attorneys for Mosaic Insurance Alliance, LLC*

22

23

24  STIPULATION FOR AND ORDER OF DISMISSAL
   WITH PREJUDICE AND WITHOUT COSTS TO ANY
25  PARTY NO. **2:15-cv-01518-JLR**

26  Page 2 of 4
   tdn a:\2xxxx\23xxx\230xx\230211l ndv, blers\pldgs\stipulated dismissal - exhibit n.docx

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

## ORDER OF DISMISSAL

Based upon the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that the plaintiffs' complaint, and the causes of action stated therein be, and hereby is, dismissed with prejudice and without cost to any party, and the trial date of May 1, 2017 is stricken.

ENTERED this 12th day of _August_, 2016.

_____
James L. Robart
United States District Judge

Presented by:

**DAVIES PEARSON, P.C.**

_____
TREVOR D. OSBORNE, WSB #42249
THOMAS L. DASHIELL, WSB #49567
*Attorneys for Daniel Kirby, Kirby Properties LLC, Canopy Park LLC, Celesteva LLC, Daniel Tighe and Nicole Michelle Pavon-Erwin-Smith*

Approved by:

**PLAINTIFF**

_____
SAMUEL L. BIERS, *Pro Se*

STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY NO. 2:15-cv-01518-JLR
Page 3 of 4
ide s:\2\xx\xx\23\xxx\230\xx\23021\1 adv. biers\pldgs\stipulated dismissal - exhibit a.docx

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

1  OFFICE OF THE ATTORNEY GENERAL

2  *[signature]* J. Even

3  JEFFREY T. EVEN, WSB #20367
   BRUCE L. TURCOTT, WSB #15435
4  R. JULY SIMPSON, WSB #45869
   *Attorneys for Washington State Liquor and Cannabis Board*
5
6  ROCKEY STRATTON, P.S.

7   See Attached

8  STEVEN A. ROCKEY, WSB #14508
   *Attorneys for Mosaic Insurance Alliance, LLC*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  STIPULATION FOR AND ORDER OF DISMISSAL
    WITH PREJUDICE AND WITHOUT COSTS TO ANY
25  PARTY NO.  2:15-cv-01518-JLR
26  Page 4 of 4
    {do s:\2xxxx\23xxx\230xx\23021\1 ndv. blers\pldgs\stipulated dismissal - exhibit n.docx

DAVIES PEARSON, P.C.
ATTORNEYS AT LAW
920 FAWCETT – P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

1    forthwith dismissed with prejudice and without cost to any party, and the trial date of May 1,

2    2017 may be stricken.

3         DATED this _____ day of July, 2016.

4
     **PLAINTIFF**
5

6

7    SAMUEL L. BIERS, *Pro Se*

8    **DAVIES PEARSON, P.C.**

9

10
     TREVOR D. OSBORNE, WSB #42249
11   THOMAS L. DASHIELL, WSB #49567
     *Attorneys for Daniel Kirby, Kirby Properties LLC, Canopy Park LLC, Celesteva LLC, Daniel*
12   *Tighe and Nicole Michelle Pavon-Erwin-Smith*

13   **OFFICE OF THE ATTORNEY GENERAL**

14

15
     JEFFREY T. EVEN, WSB #20367
16   BRUCE L. TURCOTT, WSB #15435
     R. JULY SIMPSON, WSB #45869
17   *Attorneys for Washington State Liquor and Cannabis Board*

18   **ROCKEY STRATTON, P.S.**

19

20
     STEVEN A. ROCKEY, WSB #14508
21   *Attorneys for Mosaic Insurance Alliance, LLC*

22

23

24   STIPULATION FOR AND ORDER OF DISMISSAL
     WITH PREJUDICE AND WITHOUT COSTS TO ANY
25   PARTY NO. 2:15-cv-01518-JLR
26   Page 2 of 4
     nln a:\2xxxx\23xxx\230xx\23021\f adv. biers\pldgs\stipulated dismissal - exhibit a.docx

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

1

OFFICE OF THE ATTORNEY GENERAL

2

3   JEFFREY T. EVEN, WSB #20367
    BRUCE L. TURCOTT, WSB #15435
4   R. JULY SIMPSON, WSB #45869
    *Attorneys for Washington State Liquor and Cannabis Board*
5

6   ROCKEY STRATTON, P.S.

7

8   STEVEN A. ROCKEY, WSB #14508
    *Attorneys for Mosaic Insurance Alliance, LLC*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24   STIPULATION FOR AND ORDER OF DISMISSAL
     WITH PREJUDICE AND WITHOUT COSTS TO ANY
25   PARTY NO.  2:15-cv-01518-JLR
     Page 4 of 4
26   ldo:s\l2sxxx\23xxx\230xx\23021\if adv. bizrs\pldgs\stipulated dismissal - exhibit a.docx

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052